**Dewey Wallace McMURTRY v. Honorable Guy T. HELVERING, United States District Judge for District of Kansas.**

No. 2966.

Circuit Court of Appeals, Tenth Circuit.

July 11, 1944.

No appearance for either party.

Before PHILLIPS and MURRAH, Circuit Judges, and RICE, District Judge.

PER CURIAM.

Application for leave to file a petition for a writ of mandamus denied.